

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-21-00410-CR

James Cornelious **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR7104
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Amy Hinds' Notification of Late Reporter's Record is hereby NOTED. Time is extended until January 4, 2022. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2021.

_____
Michael A. Cruz,
Clerk of Court